The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on March 9, 2020, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: March 9, 2020**



Arthur I. Harris
UNITED STATES BANKRUPTCY JUDGE

B19-03037

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: | CASE NO. 19-17117 |
| Jeffrey Alan Coffman<br>Kristen Marie Coffman | CHAPTER 13 |
| | JUDGE ARTHUR I. HARRIS |
| Debtors | **(377 Norwich Drive, Broadview Heights, OH 44147)** |

## ORDER GRANTING MOTION OF FREEDOM MORTGAGE CORPORATION FOR RELIEF FROM STAY DOCKET #23

This matter came before the Court on the Motion for Relief from Stay Docket #23 (the "Motion") filed by Freedom Mortgage Corporation (the "Movant") and Debtors' Objection to the Motion for Relief from Stay filed on February 13, 2020, Docket Document 31. Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. A hearing on this matter was held on March 5, 2020 whereby the Judge granted the Motion for Relief from Stay. For these reasons, it is

appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the property located at 377 Norwich Drive, Broadview Heights, OH 44147 (the "Collateral") if any excess proceeds are received. Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered. If the Collateral has not been liquidated, the deficiency claim is to be estimated.

# # #

SUBMITTED BY:

  /S/ LeAnn E Covey
LeAnn E. Covey (#0083289) - Ext. 2263
Clunk, Hoose Co., LPA
4500 Courthouse Blvd. Suite 400
Stow, OH  44224
(330) 436-0300 - telephone
(330) 436-0301 - facsimile
bknotice@clunkhoose.com

# SERVICE LIST

LeAnn E Covey
4500 Courthouse Blvd Suite 400
Stow OH 44224

Jeffrey A. Coffman
377 Norwich Drive
Broadview Heights, OH 44147

Kristen M. Coffman
377 Norwich Drive
Broadview Heights, OH 44147

John N. Zomoida, Jr.
Anthonty & Zomoida, LLC
Town One Square
40 S. Main Street
Poland, OH 44514

New Hampton Master Association, Inc
c/o K & C Service Corporation
50 Public Square, Suite 2000
Cleveland, OH 44113

U.S. Department of Housing and Urban Development
c/o Regional Counsel – HUD
77 West Jackson Blvd
Chicago, IL 60604-3507

Cuyahoga County Treasurer
2079 East 9th Street
Cleveland, OH 44115

Lauren A. Helbling
200 Public Square, Suite 3860
Cleveland, OH 44114-2321

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114